PCM8.16.21
LDF/USAO # 2021R00045



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** SAG 21 cr 325 |
| | * | |
| **AL JUMAL MITCHELL** | * | **(Possession of Firearms and** |
| | * | **Ammunition by a Prohibited Person, 18** |
| **Defendant** | * | **U.S.C. §§ 922(g)(1) and 924(a)(2);** |
| | * | **Unlawful Receipt of Firearm Acquired** |
| | * | **Outside State of Residence, 18 U.S.C.** |
| | * | **§§ 922(a)(3) and 924(a)(1)(D);** |
| | * | **Furnishing False Identification to** |
| | * | **Licensed Firearms Dealer, 18 U.S.C.** |
| | * | **§§ 922(a)(6) and 924(a)(2); Forfeiture,** |
| | * | **18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)).** |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
**(Unlawful Receipt of Firearm Acquired Outside State of Residence)**

The Grand Jury for the District of Maryland charges that:

On or about October 12, 2020, in the District of Maryland, the defendant,

**AL JUMAL MITCHELL,**

not being a licensed importer, manufacturer, dealer, or collector of firearms, as defined in Title

18, United States Code, Section 921, did willfully receive in the state of Maryland, where he then

resided, a firearm, to wit, one 9 mm Luger SCCY model CPX-2 semi-automatic pistol bearing

serial number C003019, and said firearm having been obtained by the defendant outside the state

of Maryland.

18 U.S.C. § 922(a)(3)
18 U.S.C. § 924(a)(1)(D)

## COUNT TWO
### (Unlawful Receipt of Firearm Acquired Outside State of Residence)

The Grand Jury for the District of Maryland further charges that:

On or about January 13, 2021, in the District of Maryland, the defendant,

### AL JUMAL MITCHELL,

not being a licensed importer, manufacturer, dealer, or collector of firearms, as defined in Title

18, United States Code, Section 921, did willfully receive in the state of Maryland, where he then

resided, a firearm, to wit, one 9 mm Luger Just Right Carbines model JR Carbine semi-automatic

rifle bearing serial number JRCV075691, and said firearm having been obtained by the

defendant outside the state of Maryland.

18 U.S.C. § 922(a)(3)
18 U.S.C. § 924(a)(1)(D)

## COUNT THREE
### (Possession of Firearms and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about April 8, 2021, in the District of Maryland, the defendant,

### AL JUMAL MITCHELL

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed firearms and ammunition, as defined in Title 18,

United States Code, Section 921, to wit:

- One 9mm Luger SCCY model CPX-2 semi-automatic pistol bearing serial number C003019;
- One 9mm Luger Just Right Carbines model JR Carbine semi-automatic rifle bearing serial number JRCV075691;
- One 20 gauge Hawk Industries Co., model Pardner Pump, pump-action shotgun, bearing serial number NZ807139;
- One .38 Special/.357 Mag. HWM model Windicator revolver, bearing serial number 1714376;
- 100 rounds of 17 HMR jacketed hollow point ammunition;
- 24 rounds of Winchester Silvertip 9mm Luger ammunition;
- 20 rounds of Underwood .357 Magnum ammunition;
- Six rounds of .357 ammunition; and
- 15 rounds of 9mm ammunition,

and the firearms and ammunition were in and affecting interstate commerce.

18 U.S.C. § 922(g)
18 U.S.C. § 924(a)(2)

3

## COUNT FOUR
**(Furnishing False Identification to Licensed Firearms Dealer)**

The Grand Jury for the District of Maryland further charges that:

On or about October 9, 2020, in the District of Maryland, the defendant,

### AL JUMAL MITCHELL,

in connection with the acquisition of a firearm, to wit, one 9mm Luger SCCY model CPX-2 semi-automatic pistol bearing serial number C003019, from T & M Jewelry, Inc., doing business as The Castle 10, a licensed dealer of firearms within the meaning of Title 18 of the United States Code, knowingly furnished a false, fictitious, and misrepresented identification to T & M Jewelry, Inc., which identification was intended and likely to deceive T & M Jewelry, Inc., as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant furnished a Federal Firearms License that did not belong to him and had an altered address.

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

4

## COUNT FIVE
### (Furnishing False Identification to Licensed Firearms Dealer)

The Grand Jury for the District of Maryland further charges that:

On or about December 18, 2020, in the District of Maryland, the defendant,

### AL JUMAL MITCHELL,

in connection with the attempted acquisition of a firearm, to wit, one Savage Firearms 93R17 rifle bearing serial number 2862467, from Buy Here Sell Here, LLC, a licensed dealer of firearms within the meaning of Title 18 of the United States Code, knowingly furnished a false, fictitious, and misrepresented identification to Buy Here Sell Here, LLC, which identification was intended and likely to deceive Buy Here Sell Here, LLC, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant furnished a Federal Firearms License that did not belong to him and had an altered address.

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

5

## COUNT SIX
### (Furnishing False Identification to Licensed Firearms Dealer)

The Grand Jury for the District of Maryland further charges that:

On or about January 8, 2021, in the District of Maryland, the defendant,

## AL JUMAL MITCHELL,

in connection with the acquisition of a firearm, to wit, one 9 mm Luger Just Right Carbines

model JR Carbine semi-automatic rifle bearing serial number JRCV075691, from Trading Post,

LLC, a licensed dealer of firearms within the meaning of Title 18 of the United States Code,

knowingly furnished a false, fictitious, and misrepresented identification to Trading Post, LLC,

which identification was intended and likely to deceive Trading Post, LLC, as to a fact material

to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of

Title 18, in that the defendant furnished a Federal Firearms License that did not belong to him

and had an altered address.


18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

6

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Fed. R. Crim. P. Rule 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence, in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendant's convictions under Counts One through Six of this Indictment.

2.     Pursuant to 18 U.S.C. § 924(d), upon conviction of any offense(s) alleged in Counts One through Six of this Indictment, the defendant,

### AL JUMAL MITCHELL,

shall forfeit to the United States any firearms and ammunition involved in the offense(s), including, but not limited to:

- One 9mm Luger SCCY model CPX-2 semi-automatic pistol bearing serial number C003019;
- One 9mm Luger Just Right Carbines model JR Carbine semi-automatic rifle bearing serial number JRCV075691;
- One 20 gauge Hawk Industries Co., model Pardner Pump, pump-action shotgun, bearing serial number NZ807139;
- One .38 Special/.357 Mag. HWM model Windicator revolver, bearing serial number 1714376;
- 100 rounds of 17 HMR jacketed hollow point ammunition;
- 24 rounds of Winchester Silvertip 9mm Luger ammunition;
- 20 rounds of Underwood .357 Magnum ammunition;
- Six rounds of .357 ammunition; and
- 15 rounds of 9mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Jonathan F. Lenzner/LAD

Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date    8-18-2021

8